# IN THE SUPREME COURT OF THE STATE OF NEVADA

VANCE EDWARD HARDIN,
          Appellant,
          vs.
THE STATE OF NEVADA,
          Respondent.

No. 72200

FILED

JUN 09 2017



## *ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL OF RECORD AND DISMISSING APPEAL*

This is an appeal from a district court order denying a postconviction petition for writ of habeas corpus. Counsel for appellant, Amanda S. Gregory, has filed a motion to withdraw as counsel of record for appellant. In support of the motion, Ms. Gregory indicates that appellant has been released from custody because he has expired his sentence. Ms. Gregory states that appellant has made no attempts to contact her since his release, she has no contact information for appellant, and she has made unsuccessful attempts to locate appellant. Ms. Gregory indicates that communication with appellant is essential in the instant appeal, as it is based on the denial of a postconviction petition that appellant filed in pro se. Cause appearing, the motion to withdraw is granted. NRAP 46(d)(3). The clerk of this court shall remove Ms. Gregory and Gregory & Waldo, LLC as counsel for appellant in this appeal.

Because it appears that appellant may not be interested in pursuing this appeal, and because it appears that this appeal may linger indefinitely on this court's docket, we dismiss this appeal. This dismissal is without prejudice to reopening this appeal if appellant demonstrates,

17-19120

within 30 days of the date of this order, that he is interested in proceeding with the appeal. If, after 30 days, appellant has failed to demonstrate that he wishes to proceed, the remittitur shall then issue forthwith.

It is so ORDERED.

_____, J.
Hardesty

_____J.
Parraguirre

_____, J.
Stiglich

cc:    Hon. Douglas Smith, District Judge
        Gregory & Waldo
        Vance Hardin
        Attorney General/Carson City
        Clark County District Attorney
        Eighth District Court Clerk